IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROON RASHEED,<br>    Plaintiff,<br><br>v.<br><br>TRACY TARANGO,<br>    Defendant. | §<br>§<br>§<br>§   Civil Action No. 3:15-CV-2900-M<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23 day of June, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE